

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00320-CR

**CAROL JEAN STANLEY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2012-1589-C1

# O R D E R

Counsel for appellant filed an *Anders*[1] brief. In accordance with the Court of Criminal Appeals' opinion in *Kelly v. State*, counsel prepared and sent to appellant an Appellant's Motion for Access to Appellate Record. *See Kelly v. State*, 436 S.W.3d 313, 320 (Tex. Crim. App. 2014). Appellant, Carol Jean Stanley, has signed the motion for access and sent it to this Court. It was filed on January 2, 2015. Appellant's Motion for Access to Appellate Record is granted and will be implemented as provided for herein.

---

[1] *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Pursuant to *Kelly*, we now specify the procedure to be followed to provide appellant with access to the appellate record. *Id.* at 321-22.

Counsel is ORDERED to forward, by certified mail, return receipt requested, the copy of the appellate record counsel used to conduct the review for the *Anders* brief to appellant within 14 days from the date of this Order and simultaneously notify this Court and the District Clerk when counsel has completed this task. If counsel no longer possesses a copy of the record, counsel must notify this Court within 7 days from the date of this Order; in which event further orders addressing appellant's access to the record will be made.

When appellant receives the copy of the appellate record, appellant must not take the record apart or mark on the record. Appellant's response to counsel's *Anders* brief is due 45 days from the date counsel sends notice to the Court that the record has been forwarded, unless the due date is extended by order of this Court upon proper and timely motion by appellant.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed February 5, 2015
Do not publish

